GEORGE McLAUGHLIN *vs.* WILLIAM C. WEER, administrator of Mary Weer, deceased.

New Castle County, May Term, 1894.

**Assumpsit.  Book Account.  Affidavit of Demand.**—Large lump sums made up of many items extending over a long period of time are not properly book account charges.

This was an action of assumpsit upon an account.  The affidavit of demand and following bill of particulars were filed, viz :

" BOOTH'S CORNER, PA., March 19, 1894.
" Estate of Mary Weer, dec'd,
    " To George McLaughlin,     Dr.
To board and nursing furnished Mary Weer
for 36 months to Nov. 8th, 1893, $10 per mo., $360."

*Whiteman,* for the defendant, objected to the affidavit of

·demand because of its insufficiency, on the ground that the affidavit alleges "that the annexed and foregoing is a true copy from the plaintiff's books of original entry of the book account, the cause of action in this case;" whereas the cause of action filed shows upon its face that it is not a copy of original entries of a book account, but is an ordinary bill; *Sloan vs. Grimshaw*, 4 Houst. 326; *Wall vs. Doney et. al.*, 60 Pa. 212.

LORE, C. J. The action being upon a book account and the, charge a single one of $360.00 for 36 months' board, is not properly chargeable in, or provable by book account under our statute.

*Judgment is therefore refused.*